IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

                Plaintiff,

-vs-                                                                  Criminal Action No.
                                                                                24-00116-01-CR-W-DGK

LEONARD J. HIGGINS,

                Defendant.

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGE**:    Felon in Possession of a Firearm in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8)

**TRIAL COUNSEL**:
        Government: Robert Smith
        Case Agent: Detective Gary Davis, Platte County, Missouri Sheriff's Office
        Defense: Ronna Holloman-Hughes and Paralegal Cachte Williams

**OUTSTANDING MOTIONS**: None

**ANTICIPATED MOTIONS**: Defense will be requesting a bench trial, the Government does not oppose the request

**TRIAL WITNESSES**:
        Government: 2-3 with stipulations; 5-7 without stipulations
        Defense: 1 witness including Defendant who ( ) will
                                                     ( x ) may
                                                     ( ) will not testify

**TRIAL EXHIBITS**:
        Government: 20 exhibits
        Defense: 5 exhibits

**DEFENSES**:
        ( x )    defense of general denial
        ( )     defenses of general denial and _____

**POSSIBLE DISPOSITION**:
        ( x ) Definitely for trial                ( ) Possibly for trial
        ( ) Motion to continue to be filed     ( ) Likely a plea will be worked out

**TRIAL TIME**: **2.5 days for jury trial; 1 day for bench trial**
      Government's case including jury selection: 2 days; for bench trial: 1 day
      Defense case: .5 day for jury trial; 1 hour for bench trial

**STIPULATIONS**: Will be discussed between the parties, including prior felony conviction and the interstate nexus of the firearm

**UNUSUAL QUESTIONS OF LAW**: None

**FILING DEADLINES:**

    **Witness and Exhibit Lists**:
    Government: January 27, 2025
    Defense: January 27, 2025
    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, Voir Dire, Jury Instructions**: January 27, 2025
    **Jury instructions must comply with Local Rule 51.1**

    **Motions in Limine**: January 27, 2025

**TRIAL SETTING**: Criminal jury trial docket commencing February 10, 2025.
    **Please note**: Government counsel has an immovable conflict during the second week of the February trial docket and therefore requests a setting the first week of the February trial docket. Defense counsel has no conflicts.

**OTHER**:
    ( )    A _____-speaking interpreter is required.
    ( )    Other assistive devices: _____

    **IT IS SO ORDERED.**

                                      */s/ Jill A. Morris*
                                      JILL A. MORRIS
                                      United States Magistrate Judge