IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

        Plaintiff,

-vs-                                                      Criminal Action No.
                                                        24-00116-01-CR-W-DGK

LEONARD J. HIGGINS,

        Defendant.

---

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGE**: Felon in Possession of a Firearm *in violation of* 18 U.S.C. §§ 922(g)(1) and 924(a)(8)

**TRIAL COUNSEL**:
    Government: Robert Smith
        Case Agent: Detective Gary Davis, Platte County, Missouri Sheriff's Office
    Defense: Ronna Holloman-Hughes and Paralegal Cachte Williams

**OUTSTANDING MOTIONS**: None

**ANTICIPATED MOTIONS**: None

**TRIAL WITNESSES**:
    Government: 2-3 with stipulations; 5-7 without stipulations
    Defense: 1 witness, including Defendant who ( ) will
                                                  ( x ) may
                                                   ( ) will not testify

**TRIAL EXHIBITS**:
    Government: 20 exhibits
    Defense: 5 exhibits

**DEFENSES**:
    ( x )    defense of general denial
    (  )    defenses of general denial and _____

**POSSIBLE DISPOSITION**:
    ( x ) Definitely for trial            ( ) Possibly for trial
    (  ) Motion to continue to be filed     ( ) Likely a plea will be worked out

**BENCH TRIAL TIME**: **1 day**
      Government's case: 1 day
      Defense case: 1 hour

**STIPULATIONS**: Will be discussed between the parties, including prior felony status and interstate nexus of the firearm

**UNUSUAL QUESTIONS OF LAW**: None

**FILING DEADLINES:** Unless ordered otherwise by The Honorable District Judge Kays (*see, e.g.*, Doc. 75), all other pretrial filings are due February 25, 2025.

**TRIAL SETTING**: Bench Trial as to Defendant Leonard J. Higgins is set for March 6, 2025, before The Honorable District Judge Kays. (Doc. 74)

**OTHER**:
    ( )   A _____-speaking interpreter is required.
    ( )   Other assistive devices: _____

    **IT IS SO ORDERED.**

                                                    */s/ Jill A. Morris*
                                                    JILL A. MORRIS
                                                    United States Magistrate Judge